| JUDGE:  IRMA CARRILLO RAMIREZ | |
|---|---|
| DEPUTY CLERK:  LISA MARTIN | COURT REPORTER/TAPE NO:   DIGITAL |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: | COURT TIME:  *8 Mins* |
| A.M. | P.M.  2:00 | DATE:   July 27, 2009 |

☐ MAG. NO. ☒ DIST. CR. NO.  3:09-CR-206-K(01)     USDJ  Ed Kinkeade

UNITED STATES DISTRICT COURT          §     *Dayle Elieson*                    , AUSA

V.                                                         §                                                    ☐

EUGENIO D. LEO                            §     *Franklyn Michelsen*          ☐

DEFENDANT(S) NAME(S) AND NUMBER(S)     §     COUNSEL FOR DEFENDANTS APPT - (A), Retd - (R), FPD - (F)

☒ INITIAL APPEARANCE ☐ IDENTITY ☐ BOND HEARING ☐ PRELIMINARY HEARING

☐ DETENTION HEARING ☐ COUNSEL DETERMINATION HEARING ☐ REMOVAL HEARING ☐ EXTRADITION HEARING

☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐ OTHER DISTRICT ☐ DIVISION

☐ DATE OF FEDERAL ARREST/CUSTODY: ☒ SURRENDER *7/27/09* ☐ RULE 5/32 ☐ APPEARED ON WRIT

☒ DEFT FIRST APPEARANCE.  DEFT ADVISED OF RIGHTS/CHARGES ☐ PROBATION/SUPERVISED RELEASE VIOLATOR

☒ DEFT FIRST APPEARANCE WITH COUNSEL.

☒ DEFT ☐ MW (MATERIAL WITNESS) _____ APPEARED ☒ WITH ☐ WITHOUT COUNSEL

☐ REQUESTS APPOINTED COUNSEL.

☐ FINANCIAL AFFIDAVIT EXECUTED.

☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.

☐ PRIVATE COUNSEL APPOINTED _____

☒ DEFT HAS RETAINED COUNSEL *Franklyn Michelsen*

☐ ARRAIGNMENT SET ☐ DETENTION HEARING SET _____

☐ PRELIMINARY HEARING SET _____ ☐ BOND HEARING SET _____

☐ COUNSEL DETERMINATION HEARING SET _____

☐ IDENTITY/REMOVAL HEARING SET _____

☒ BOND ☒ SET ☐ REDUCED TO $ _____ ☐ CASH ☐ SURETY ☐ 10% ☒ PR ☐ UNS ☐ 3RD PTY ☐ MW

☐ NO BOND SET AT THIS TIME, ____ DAY DETENTION ORDER TO BE ENTERED.

☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.

☐ ORDER OF DETENTION PENDING TRIAL ENTERED.

☒ DEFT ADVISED OF CONDITIONS OF RELEASE.

☐ BOND EXECUTED ☐ DEFT ☐ MW RELEASED ☐ STATE AUTHORITIES ☐ INS

☐ DEFT ☐ MW  REMANDED TO CUSTODY.

☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.

☐ WAIVER OF ☐ PRELIMINARY HEARING ☐ RULE 5/32 HEARING ☐ DETENTION HEARING

☐ COURT FINDS PROBABLE CAUSE ☐ ID ☐ PC.

☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.

☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.

☒ REMARKS: _____ *Surrender passport* _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JUL 27 2009

CLERK, U.S. DISTRICT COURT

By _____
Deputy