United States District Court
Northern District of Texas
Office of the Clerk
Dallas Division

USA

vs

Leo, Eugene Daniel

Case Number: 3:09-CR-206-K

Receipt of Passport

---

The deputy clerk below acknowledges receipt of following passport.

Identification Number: 028319392 USA
Tendered by: Eugene Daniel Leo
For the Benefit of: Eugene Daniel Leo
Description: Passport

Karen Mitchell
Clerk of Court

*(signature)*
Doug Thornton, Deputy Clerk
Dated: 7/27/2009