AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Northern__ District of __Texas__

UNITED STATES OF AMERICA

V.

Eugenio D. Leo

**WARRANT FOR ARREST**

Case Number: 3-09-cr-206-K

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Eugenio D. Leo

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petiton  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her (brief description of offense)

Wire Fraud, Mail Fraud, Mail Fraud and Aiding and Abetting, Wire Fraud And Aiding and Abetting

in violation of Title  18   United States Code, Section(s)  1343, 1341 and 2

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

*Karen Mitchell* (Signature of Issuing Officer)

U.S. Magistrate Judge Irma C. Ramirez

July 22, 2009
Date                                Location

By: s/ J. Baggett

**FILED** U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, JUL 30 2009, CLERK, U.S. DISTRICT COURT, By ___ Deputy

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

DALLAS, TX

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7/27/09 | R. Jacobs | *[signature]* |
| DATE OF ARREST 7/27/09 | | |

1751071