**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **UNITED STATE OF AMERICA,** | ) |
| | ) |
| v. | )   **CRIMINAL NO. 3:09-CR-206-K** |
| | ) |
| **EUGENIO D. LEO.** | ) |
| | ) |

**REQUEST FOR PERMISSION TO TRAVEL**

Gino Leo requests permission to travel to Knoxville, Tennessee to attend the celebration of his wife's mother's 70th birthday.  He will depart on August 13 on American Airlines Flight 4149 from Chicago at 9:10 a.m. and arrive in Knoxville, Tennessee at 11:35 a.m..  While in Knoxville, he will stay at Pidgon Forge, Tennessee, Sunny Daze Resort.  He will return to Chicago on August 17, departing from Knoxville on American Airlines Flight 4263 at 6:50 p.m. and arriving in Chicago at 7:35 p.m..

Respectfully submitted,

/s/Franklyn Mickelsen
Franklyn Mickelsen
Tx. Bar #14011020
Broden & Mickelsen
2600 State Street
Dallas, Texas 75204
(214) 720-9552
(214) 720-9594 (facsimile)

Attorney for Defendant
Eugenio D. Leo

**CERTIFICATE OF CONFERENCE**

I, Franklyn Mickelsen, hereby certify that on August 7, 2009, I attempted to confer with Dayle Elieson, Assistant United States Attorney, but was unable to reach her.

/s/Franklyn Mickelsen\
Franklyn Mickelsen

**CERTIFICATE OF SERVICE**

I, Franklyn Mickelsen, hereby certify that on this the 7th day of August, 2009, a true and correct copy of the foregoing document was served on all parties of record via electronic filing.

/s/Franklyn Mickelsen\
Franklyn Mickelsen