IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 3:09-CR-206-K |
| | § | |
| EUGENIO D. LEO | § | |

## UNITED STATES' RESPONSE TO
## LEO'S REQUEST FOR PERMISSION TO TRAVEL

The United States of America, by and through the United States Attorney for the Northern District of Texas, files this response to Eugenio D. Leo's Request for Permission to Travel (document 17). The United States has no objection to this request.

Respectfully submitted,

JAMES T. JACKS
UNITED STATES ATTORNEY

_____
DAYLE ELIESON
Assistant United States Attorney
Texas Bar No. 00790639
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8600
Facsimile: 214.767.2846
Email: dayle.elieson@usdoj.gov

Certificate of Service

On August 10, 2009, I certify that a true and correct copy of the foregoing document was served on all parties of record by electronically filing it with the Clerk of the Court for the United States District Court, Northern District of Texas.

_____
Dayle Elieson
Assistant United States Attorney

U.S.' Response to Leo's Request to Travel - Solo Page