UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL ACTION NO. |
| | ) | |
| Plaintiff, | ) | 3:09-CR-206-K |
| | ) | |
| v. | ) | |
| | ) | |
| EUGENIO D. LEO | ) | |
| JODY L. MEYER | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT EUGENIO LEO'S MOTION FOR PERMISSION TO TRAVEL**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Defendant Eugenio Leo through Franklyn Mickelsen, his counsel of record, being duly admitted to practice before the United States District Court, Northern District of Texas, and hereby files this Motion for Permission to Travel. In support of said Motion, Defendant Leo would show the Court as follows:

I.

Defendant Leo would like to travel to Tampa, Florida to visit his brother-in-law Daniel Roberts and to attend a "Bring a Grandparent/Aunt to School" day. He will depart on February 4, 2010 on AirTran Airways, flight 894 from Milwaukee, WI, departing at approximately 2:11 p.m. and arriving in Tampa, Florida at approximately 5:47 p.m.. While in Tampa, Mr. Leo will stay with his brother-in-law Daniel Roberts at 12404 Ayrshire Drive, Tampa, Florida 33626. Mr. Leo will return on February 12, 2010 departing from Tampa, Florida on AirTran Airways, flight 894 departing at approximately 5:27 p.m. and arriving in Milwaukee, Wisconsin at approximately 7:19 p.m..

WHEREFORE, PREMISES CONSIDERED, the Defendant, Eugenio Leo, respectfully prays that this Honorable Court will grant this Motion for Permission to Travel.

Respectfully submitted,

/s/Franklyn Mickelsen
Franklyn Mickelsen
Texas State Bar No. 14011020
Broden & Mickelsen
2600 State Street
Dallas, Texas 75204
(214) 720-9552
(214) 720-9594

Counsel for Defendant
Eugenio Leo

### CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he conferred with Assistant United States Attorney Dayle Elieson regarding this Motion, and there were no objections.

 /s/ Franklyn Mickelsen
Franklyn Mickelsen

### CERTIFICATE OF SERVICE

I, Franklyn Mickelsen, certify that on January 27, 2010, a copy of the foregoing Motion for Permission to Travel was served electronically on all counsel of record.

/s/ Franklyn Mickelsen
Franklyn Mickelsen