IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | NO. 3:09-CR-206-K (01) |
| | ) | |
| EUGENIO D. LEO | ) | |

## ORDER

Before the Court is Defendant Eugenio D. Leo's Motion for Permission to Travel, filed on January 27, 2010. The Government has no objection, and therefore the motion is **GRANTED.**

Defendant Eugenio D. Leo is allowed to travel to Tampa, Florida, from February 4, 2010 through February 12, 2010.

SO ORDERED.

Signed: January 28th, 2010.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE