IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 3:09-CR-206-K |
| | § | |
| EUGENIO D. LEO (1) | § | |
| JODY L. MEYER (2) | § | |

# ORDER

Before the Court is the United States' Motion for Defendants to Travel for Foreign Depositions, filed on August 3, 2010. Finding just cause, the motion is **GRANTED**. The defendants may travel to Switzerland and Liechtenstein to participate in the depositions of Sandro Fenyo, John Gandolfi, and Sandra Marc-Buchel. To facilitate this travel, the defendants are required to abide by the following restrictions:

- each defendant's lawyer shall present a copy of this order to the Clerk of Court so that they may take possession of their clients respective passports;

- the defendants must travel with his or her lawyer at all times;

- each defendant's lawyer must maintain possession of, and be responsible for, the defendant's passport at all times while on this trip;

- the defendant's lawyer must surrender the defendant's passport to the court within 72 hours of reentering the United States;

- the defendant must inform the court, through his or her pretrial supervision officer, of his or her travel arrangements;

- the defendants must check-in with his or her supervision officer within 24 hours of his or her return to the United States;

- the defendant's lawyer must immediately notify the court, the defendant's pretrial supervision officer, and the United States Attorney's Office in the Northern District of Texas if the defendant is not where he or she should be;

- and the defendants must restrict this trip to the business at hand - depositions - and not use this trip as a vacation by visiting other cities, countries, or sight-seeing locations.

These travel restrictions apply to both defendants. If any violation of the travel restrictions occur, it will be considered a violation of pretrial release conditions.

Signed and Ordered on the 25th day of August, 2010.

*Ed Kinkeade*
ED KINKEADE
U.S. DISTRICT COURT JUDGE