United States District Court
Northern District of Texas
Office of the Clerk
Dallas

USA

vs                                                Case Number: 3:09-CR-206-K

Leo, Eugene Daniel

Release of Passport

_____

This acknowledges the return of the Passport to U. S. Department of State.

    Identification Number: 028319392 USA
    For the benefit of: Eugene Daniel Leo
    Description: Passport

_____

U. S. Department of State, Receiving Party
Dated: 11/26/2012 4:40:24 PM

Karen Mitchell
Clerk of Court

_Doug Thornton_

Doug Thornton, Deputy Clerk
Dated: 11/26/2012 4:40:24 PM