U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FILED

SEP 1 8 2017

CLERK, U.S. DISTRICT COURT
By _____
            Deputy

## Transfer of Jurisdiction

| | | Case Number (Trans. Court) |
|---|---|---|
| | | 3:09-CR-206-K(01) |

| Name Of Probationer/Supervised Releasee | District | Division |
|---|---|---|
| Eugenio D. Leo | Northern Texas | Dallas |

| | Name of Sentencing Judge |
|---|---|
| | Ed Kinkeade |

| | Dates Of Probation/ Supervised Release | From April 5, 2016 | To April 4, 2019 |
|---|---|---|---|

**Offense**

Wire Fraud, in violation of 18 U.S.C § 1343

**17CR 586**

### PART 1 - ORDER TRANSFERRING JURISDICTION

U.S. District Court For The **Northern District of Texas, Dallas Division**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Northern District of Illinois, Lisle Branch Office, upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_8/16/2017_
Date

_[signature]_
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

U.S. District Court For The **Northern District of Illinois, Lisle Division**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_9/7/17_
Effective Date

_Ruben Castillo_
U.S. District Judge

**17CR 586**

JUDGE SHAH

Prob22 (Revised 12/12/14)

MAGISTRATE JUDGE MARTIN

FILED

SEP 07 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
BY _____
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: 9-11-2017     Page 1 of 1



**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                                           **312-435-5670**
**Clerk**

## Transfer of Criminal Case

Date:  September 8, 2017


Address:  Clerk of the Court
           Earle Cabell Federal Building and
 United States Courthouse
1100 Commerce Street, Room 1452
Dallas, TX 75242-1310

Case Title:  USA  vs. Eugenio  D. Leo

Northern District of Illinois Case No.:  17 cr 586    Other Court's Case No.:  3:09cr206

Dear Sir/Madam:

Enclosed please find a <u>certified copy</u> of the docket sheet and documents being transferred to your court pursuant to:


**F.R.CR.P 5:**                                          ☐ In   ☐ Out

☐ Order.
☐ Commitment Order.
☐ Bond Transfer.
☐ Order Setting Conditions of Release.
☐ Appearance bond.
☐ Financial Affidavit.


**18 U.S.C § 3605 Transfer of Jurisdiction Probation 22**   ☐ In   ☐ Out

☐ Certified copy of the Probation 22 form.
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.


Revised 10/03/16

☐ Sentencing Order.

☐ Amended Sentencing Order.

☐ Rule 12B form.

☒ Email us a certified copy of the charging instrument, judgment, signed Probation 22 form and the docket sheet.

☐ **F.R.Cr.P. 20**   ☐ **F.R.Cr.P. 21**          ☐ In   ☐ Out

☐ Indictment.

☐ Information.

☐ Superseding Indictment.

☐ Superseding Information.

☐ Sentencing Order.

☐ Consent to Transfer Jurisdiction.


Sincerely,
Thomas G. Bruton, Clerk of Court

By: /s/Yvette Pearson
       Deputy Clerk

---

### TO BE COMPLETED BY THE RECEIVING DISTRICT

Please acknowledge receipt via email to: docketing_ilnd@ilnd.uscourts.gov

Date:                                        Clerk, U.S. District Court
                                                  By:
                                                  Deputy Clerk

Revised 10/03/16